**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES—GENERAL**

Case No. 5:26-cv-04321-SSS-KES Date: August 12, 2026

Title: R.G.P. v. MARKWAYNE MULLIN, et al.

PRESENT:

THE HONORABLE KAREN E. SCOTT, U.S. MAGISTRATE JUDGE

| | |
|---|---|
| Jazmin Dorado | Not Present |
| Courtroom Clerk | Court Reporter |
| ATTORNEYS PRESENT FOR PETITIONER: None Present | ATTORNEYS PRESENT FOR RESPONDENTS: None Present |

**PROCEEDINGS (IN CHAMBERS):** **Order ENJOINING Respondents from Removing Petitioner from the Central District of California**

R.G.P. ("Petitioner") filed a petition for writ of habeas corpus under 28 U.S.C. § 2241 ("Petition" at Dkt. 1), challenging Petitioner's detention by the Department of Homeland Security ("DHS"), Immigration and Customs Enforcement ("ICE"). (Dkt. 1.) On August 7, 2026, Respondents answered the Petition and stated that they were "not presenting an opposition argument at this time." (Dkt. 10 at 2.) However, on August 11, 2026, Respondents filed a notice indicating that they intend to remove Petitioner to Mexico, a third country, on or after August 15, 2026. (Dkt. 12.) The Magistrate Judge recently issued a report and recommendation ("R&R") recommending that the Court grant the Petition and order Petitioner's release from custody. (Dkt. 13.)

IT IS THEREFORE ORDERED Respondents are enjoined from transferring, relocating, or removing Petitioner outside of the Central District of California pending final adjudication of the unopposed Petition. This ensures Petitioner's access to counsel, preserves the Court's jurisdiction, and promotes judicial efficiency.

Initials of Deputy Clerk jd