UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.G.P.,<br>Petitioner,<br>v.<br>MARKWAYNE MULLIN, et al.<br>Respondents. | Case No. 5:26-cv-04321-SSS-KES<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition (Dkt. 1), the other records on file herein, and the Report and Recommendation of the U.S. Magistrate Judge (Dkt. 13). No objections to the Report and Recommendation were filed, and the deadline for filing such objections has passed. The Court accepts the report, findings, and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that:

1. Judgment shall be entered granting Grounds 1, 2, and 3 of the Petition and dismissing Ground 4 as moot.

2. Respondents shall **immediately release** Roger Gonzalez Perez (A# 077-884-535) from custody. At the time of release, Respondents

must return all of Petitioner's documents and possessions.

3. If Respondents have not released Petitioner **within three days** of the date of this order, Petitioner may file a request for an order to show cause re contempt.

4. Respondents shall not re-detain Petitioner without providing Petitioner a pre-detention hearing before a neutral decisionmaker where Respondents bear the burden of demonstrating by clear and convincing evidence that (a) Petitioner is a flight risk or a danger such that Petitioner's physical custody is required, or (b) on account of changed circumstances, there is a significant likelihood that Petitioner may be removed in the reasonably foreseeable future.

5. Respondents shall not remove Petitioner to Mexico or any country not specified in Petitioner's removal order unless Respondents adhere to the following procedures:

a. Provide Petitioner a meaningful opportunity and a minimum of 10 days to raise a fear-based claim for protection prior to removal;

b. If Petitioner demonstrates a reasonable fear of removal to the third country, Respondents must move to reopen Petitioner's removal proceedings; and

c. If Petitioner is not found to have demonstrated a reasonable fear of removal to the third country, Respondents must provide a meaningful opportunity and a minimum of 15 days for Petitioner to seek reopening of his immigration proceedings.

DATED: August 18, 2026

SUNSHINE SUZANNE SYKES
UNITED STATES DISTRICT JUDGE