JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

R.G.P.,

Petitioner,

v.

MARKWAYNE MULLIN, et al.

Respondents.

Case No. 5:26-cv-04321-SSS-KES

**JUDGMENT**

Pursuant to the Court's Order Accepting Report and Recommendation of U.S. Magistrate Judge, IT IS ADJUDGED THAT Grounds 1, 2, and 3 of the Petition are granted, and Ground 4 is dismissed as moot.

DATED: August 18, 2026

SUNSHINE SUZANNE SYKES
UNITED STATES DISTRICT JUDGE